**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for DONNA LYNN LANE

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

DONNA LYNN LANE,               )   1:06cv01802 OWW DLB
                               )
        Plaintiff,             )
                               )   STIPULATION AND ORDER TO
        v.                     )   EXTEND TIME
                               )
MICHAEL ASTRUE,                )
Commissioner of Social Security,)
                               )
        Defendant.             )
_____)

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due July 29, 2007, and is therefore requesting additional time in which to file her opening brief until August 29, 2007.

Dated: July __27__, 2007         /S/ ROBERT ISHIKAWA
                                 _____
                                 ROBERT ISHIKAWA
                                 Attorney for Plaintiff, DENNIS BOYLE

Dated: June __27__, 2007         /S/ THEOPHOUS H. REAGANS
                                 _____
                                 THEOPHOUS H. REAGANS
                                 Assistant Regional Counsel

IT IS SO ORDERED.

   Dated:   **July 30, 2007**            **/s/ Dennis L. Beck**
                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

1