**ROBERT ISHIKAWA - 90621**
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for DONNA LYNN LANE

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LYNN LANE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:06cv01802 OWW DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due August 29, 2007, and is therefore requesting additional time in which to file her opening brief until September 29, 2007.

Dated: August __28__, 2007      /S/ ROBERT ISHIKAWA
  _____
  ROBERT ISHIKAWA
  Attorney for Plaintiff, DONNA LYNN LANE

Dated: August __29__, 2007      /S/ THEOPHOUS H. REAGANS
  _____
  THEOPHOUS H. REAGANS
  Assistant Regional Counsel

IT IS SO ORDERED.

  Dated:  **August 30, 2007**      **/s/ Dennis L. Beck**
  UNITED STATES MAGISTRATE JUDGE

1