IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LYNN LANE,<br><br>           Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>           Defendant. | 1:06cv1802 OWW DLB<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 20) |

On October 1, 2007, the parties filed a stipulation and proposed order to extend time for filing Plaintiff's opening brief to October 29, 2007. The parties' request is GRANTED.

This is Plaintiff's third request for an extension of time to file her opening brief. **Further requests will not be granted absent a showing of good cause.**

IT IS SO ORDERED.

Dated:  **October 2, 2007**          _____/s/ Dennis L. Beck_____
                                             UNITED STATES MAGISTRATE JUDGE

1