**ROBERT ISHIKAWA - 90621**
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for DONNA LYNN LANE

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LYNN LANE,           )<br>                            )<br>        Plaintiff,        )<br>                            )<br>        v.                  )<br>                            )<br>MICHAEL ASTRUE,             )<br>Commissioner of Social Security, )<br>                            )<br>        Defendant.          )<br>_____) | 1:06-CV-01802 OWW DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

  Plaintiff cannot meet the deadline for filing plaintiff's opening brief which was due October 29, 2007, and is therefore requesting additional time in which to file her opening brief until November 29, 2007.  It is believed good cause exists for such extension as set forth in the declaration of Thomas V. Miles filed herewith.

Dated: October __26__, 2007  /S/ ROBERT ISHIKAWA
               _____
               ROBERT ISHIKAWA
               Attorney for Plaintiff, DONNA LYNN LANE

Dated: October __26__, 2007  /S/ DONNA MONTANO
               _____
               DONNA MONTANO
               Assistant Regional Counsel

  IT IS SO ORDERED.

  **Dated:  October 31, 2007**      ___**/s/ Dennis L. Beck**___
                   UNITED STATES MAGISTRATE JUDGE